**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SENECA IP LICENSING LLC, | § |
| *Plaintiff*, | § § § Case No. 2:17-cv-00687-RWS-RSP |
| v. | § § |
| OKI DATA AMERICAS, INC., | § § |
| *Defendant*. | § § |

**<u>TRANSFER ORDER</u>**

Oki Data moves to dismiss this case for improper venue, or alternatively to transfer the case to the District of Delaware. Dkt. No. 10. Plaintiff does not oppose transfer. Dkt. No. 12. Accordingly, the case is transferred to the United States District Court for the District of Delaware without delay.

**SIGNED this 3rd day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE